JOSEPH W. WEBBER, Appellant, *v.* FRANKLIN BREWING COMPANY, Respondent, Impleaded with Another.

*Webber* v. *Franklin Brewing Co.*, 123 App. Div. 465, affirmed.
(Argued February 11, 1910; decided March 1, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 7, 1908, affirming a judgment in favor of defendant

entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover the value of certain alleged fixtures removed from leased property.

*Joseph Rosenzweig* for appellant.

*Henry F. Cochrane* for respondent.

Judgment affirmed, with costs, on opinion of Scott, J., below.

Concur: Cullen, Ch. J., Haight, Vann, Werner, Willard Bartlett, Hiscock and Chase, JJ.